# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4942
_____

KENNETH WAYNE PICKENS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 1, 2018

PER CURIAM.

The petition for writ of certiorari is dismissed as untimely.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Wayne Pickens, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.